Daniel WEBSTER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 74713.

Missouri Court of Appeals, Eastern District, Division Five.

April 20, 1999.

David A. Bruns, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL, and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Daniel Webster (Movant) appeals the judgment denying his motion for post-conviction relief pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).